UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
SEARCH OF
Wellcare Health Plans, Inc.
8705, 8715, 8725, 8735 Henderson Road,
Tampa, Florida 33634

CASE NO. 8:07MJ1466 TGW

FILED IN CHAMBERS
OCT 15 2007
DATE

## IN CAMERA
## MOTION TO SEAL WARRANT AFFIDAVIT

The United States of America, by James R. Klindt, Acting United States Attorney for the Middle District of Florida, respectfully moves this Court to seal (1) the Affidavit for Search Warrant in this matter and (2) this Motion to Seal, and in support thereof says as follows:

Disclosure of the contents of the affidavit may cause the subjects to flee, destroy evidence, disclose facts which jeopardize an ongoing criminal investigation, and cause witnesses named in the affidavit to be subject to possible harassment or retaliation from individuals subject of the investigation or with an interest therein.

WHEREFORE, the United States respectfully moves the Court to seal the Affidavit to the Search Warrant and this Motion to Seal until further order of the Court.

Respectfully submitted,

JAMES R. KLINDT
Acting United States Attorney

By: _____
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 802093
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6312
Facsimile: (813) 27-6103
E-mail: jay.trezevant@usdoj.gov