UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
SEARCH OF
Wellcare Health Plans, Inc.
8705, 8715, 8725, 8735 Henderson Road,
Tampa, Florida 33634

CASE NO. 8:07MJ1466 TGW

## IN CAMERA ORDER

Upon the written motion of the United States of America to seal (1) the Affidavit for the Search Warrant in this matter and (2) the Motion to Seal;

The Court finds that the interests of justice require that the Affidavit and the Motion be sealed; therefore

IT IS ORDERED that the Motion To Seal is Granted;

IT IS FURTHER ORDERED that the Affidavit for Search Warrant and the Motion to Seal be sealed by the Clerk of the Court until further order of the Court;

DONE AND ORDERED at Tampa, Florida this 18th day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to:
Assistant United States Attorney Jay G. Trezevant